

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00015-CV

## IN RE C.D.S. ENTERPRISES, INC.
## D/B/A TEXCON GENERAL CONTRACTORS,
## JOE SCHULTZ AND CIVIL DEVELOPMENT, LTD.:
## AND MAIN STREET HOMES-CS, LTD.

_____

## Original Proceeding

## MEMORANDUM  OPINION

Relators have filed "Relators' Agreed Voluntary Dismissal Motion" in this original proceeding and state that they no longer wish to pursue this original proceeding.  We grant the motion, and the petition is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Motion granted; petition dismissed
Opinion delivered and filed May 19, 2010
[OT06]